Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 0:11-62370-CIV-WILLIAMS

ABERCROMBIE & FITCH TRADING CO.,

                Plaintiff,

vs.

WANG ZHIMING, HUACONG LIN,
MINGYUAN ZHENG, BU YANNV,
SUI CAJIAO, and THE PARTNERSHIPS
and/or UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A" and DOES 4-10,

                Defendants.

_____/

## SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff, Abercrombie & Fitch Trading Co. ("Abercrombie") hereby sues Defendants Wang Zhiming ("Zhiming"), Huacong Lin ("Lin"), Mingyuan Zheng ("Zheng"), Bu Yannv ("Yannv"), Sui Cajiao ("Cajiao"), and the Partnerships and Unincorporated Associations identified on Schedule "A" and Does 4-10, (collectively "Defendants") and alleges as follows:

## JURISDICTION AND VENUE

1.      This is an action for federal trademark infringement, counterfeiting, false designation of origin, and, cybersquatting pursuant to 15 U.S.C. §§ 1114, 1116, 1121, 1125(a), and 1125(d).  Accordingly, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338. This Court has personal jurisdiction over Defendants in that they transact business with and direct their illegal activities toward consumers in the State of Florida and this judicial district through at least the fully interactive Internet websites operating under their partnerships

and/or business association names identified on Schedule "A" hereto and/or the domain names identified on Schedules "B" and "C" hereto (collectively, the "Subject Domain Names")

2.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391 since Defendants are, upon information and belief, aliens who engage in infringing activities and cause harm within this judicial district. Defendants have also advertised and made sales into this judicial district.

## THE PLAINTIFF

3.      Abercrombie is a corporation organized under the laws of the State of Ohio with its principal place of business located at 6301 Fitch Path, New Albany, Ohio 43054. Abercrombie operates boutiques throughout the world, including within this Judicial District. Abercrombie has been, in part, engaged in the business of manufacturing and distributing throughout the world, including within this judicial district, clothing, namely t-shirts, polo shirts, sweat shirts, sweat pants, shorts, jeans, jackets, vests, caps, and other goods under multiple world famous common law and Federally registered trademarks including those identified in Paragraph 16 below.

4.      Like many other famous trademark owners in the retail clothing and accessory sector, Abercrombie suffers ongoing daily and sustained violations of its trademark rights at the hands of counterfeiters and infringers, such as Defendants herein, who wrongfully reproduce and counterfeit Abercrombie's trademarks for the twin purposes of (i) duping and confusing the consuming public and (ii) earning substantial profits. The natural and intended byproduct of Defendants' actions is the erosion and destruction of the overall marketplace in which Abercrombie operates and the goodwill associated with the Abercrombie name and associated trademarks.

5.     In order to combat the harm caused by the combined actions of Defendants and others engaging in similar conduct, each year Abercrombie expends millions of dollars in connection with trademark enforcement efforts, including legal fees, investigative fees, and support mechanisms for law enforcement, such as field training guides and seminars.  The recent explosion of counterfeiting over the Internet has created an environment which requires Abercrombie to file a massive number of lawsuits, often it later turns out, against the same individuals and groups, in order to protect both consumers and itself from the ill effects of confusion and the erosion of the goodwill connected to the Abercrombie brand. The financial burden on Abercrombie and companies similarly situated is staggering, as is the resulting burden on the Federal court system.

## **THE DEFENDANTS**

6.     Defendants Zhiming, Lin, Zheng, Yannv, and Cajiao, are individuals who, upon, information and belief, reside in the People's Republic of China. Defendants conduct pervasive business throughout the United States, including within this judicial district through the operation of the fully interactive commercial websites existing under the Subject Domain Names identified on Schedule "B" hereto, and the blog style websites under the Subject Domain Names identified on Schedule "C" hereto, which provide support and direct consumer traffic to some of the fully interactive websites operating under the Subject Domain Names identified on Schedule "B." Upon information and belief Defendant Zhiming uses the aliases Ying Huang, Bo Huang, Bao Baobe, Hua Wang, Jianguo Wang, Wang Zhongfei, Wang Jue, Eva Zhang, Zhang Haifei, Ju Yu, Es Network, Liu Peiwen, and Li Dai in conjunction with the operation of the Subject Domain Names.  Upon information and belief Defendant Lin uses the aliases Linhuacong, Linhui, Liutao, Linmaojian, Lison Misin, Wulimin, Xieyuangang, Yangjun, Yimingji,

Chendonghe, Chenyong, Hongtian, Keny Keny, and Spider Keny in conjunction with the operation of the Subject Domain Names.

7.      Defendants, the Partnerships and Unincorporated Associations identified on Schedule "A", are partnerships or unincorporated business associations which operate through domain names registered with registrars in multiple countries, and are comprised of individuals and/or business entities of unknown makeup, many of whom, upon information and belief, reside and/or operate in the People's Republic of China or other foreign jurisdictions with lax trademark enforcement systems. Defendants have the capacity to be sued pursuant to Federal Rule of Civil Procedure 17(b). Defendants conduct pervasive business throughout the United States, including within this judicial district through the operation of fully interactive commercial websites existing under their partnerships or business association names. Defendant __ also operates a blog style website under the Subject Domain Name ukabercrombieclothing.com, which provides support and directs customer traffic to the fully interactive websites operating under other Subject Domain Names.

8.      Abercrombie is presently unaware of the true names of Does 4-10, although they are generally identified as the owners, operators, partners, or managing agents of the Subject Domain Names.  Abercrombie will amend this Second Amended Complaint upon discovery of the identities of such fictitious Defendants.

9.      Defendants are the past and present moving and conscious forces behind the operation of the commercial Internet websites operating under the Subject Domain Names.

10.     Defendants are directly and personally contributing to, inducing and engaging in the sale of counterfeit branded goods as alleged herein, often times as partners, co-conspirators and/or suppliers.

11.     Upon information and belief, Defendants engage in the advertisement, offering for sale and sale of goods bearing counterfeits and infringements of one or more of Abercrombie's trademarks to consumers within this judicial district through multiple fully interactive commercial websites operating under, at least, the Subject Domain Names. Defendants, upon information and belief, also operate additional websites which promote and offer for sale counterfeit and infringing goods under domain names not yet known to Abercrombie.  Defendants have purposefully directed some portion of their illegal activities towards consumers in the State of Florida through the advertisement, offer to sell, sale and shipment of their counterfeit branded goods into the State.

12.     Upon information and belief, Defendants will continue to register or acquire new domain names for the purpose of selling goods bearing counterfeits and infringements of Abercrombie's trademarks unless preliminarily and permanently enjoined.

13.     Defendants' entire Internet-based website businesses amount to nothing more than illegal operations established and operated to infringe Abercrombie's intellectual property rights.

14.     Defendants use and have registered, established or purchased, and maintained the Subject Domain Names.  Upon information and belief, Defendants have engaged in fraudulent conduct with respect to the registration of the Subject Domain Names by providing false and/or misleading information to their various Registrars during the registration process. Upon information and belief, many of the Defendants have anonymously registered and maintained some of the Subject Domain Names for the sole purpose of engaging in illegal counterfeiting activities.

15.     Defendants' Subject Domain Names and any other domain names used in connection with the sale of counterfeit goods bearing Abercrombie's trademarks are essential components of Defendants' counterfeiting and infringing activities and are the means by which Defendants further their counterfeiting and infringing scheme and cause harm to Abercrombie. Moreover, Defendants are using Abercrombie's famous name and trademarks to drive Internet consumer traffic to their websites operating under the Subject Domain Names, thereby increasing the value of the Subject Domain Names at Abercrombie's expense.

**COMMON FACTUAL ALLEGATIONS**

**Plaintiff's Trademark Rights**

16.     Abercrombie is and at all times relevant hereto has been, the owner of all rights in and to the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (collectively the "Abercrombie Marks")

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| ABERCROMBIE & FITCH | 0,951,410 | JANUARY 23, 1973 | IC 025 - men's and women's clothing and footwear-namely pants, shirts, skirts, jackets, coats, gloves, mittens, hats, underwear, shoes, belts, caps. |
| abercrombie | 2,305,464 | JANUARY 4, 2000 | IC 025 - Clothing, namely, coats, jackets, knit shirts, woven shirts, t-shirts, shirts, underwear, pants, jeans, hats and shoes.  IC 035 - Retail clothing store services |

| | | | |
|---|---|---|---|
| ABERCROMBIE & FITCH | 2,500,146 | OCTOBER 23, 2001 | IC 003 - personal care products, namely, perfume.<br><br>IC 014 - jewelry, namely, necklaces and bracelets.<br><br>IC 018 - handbags, tote bags and travel bags.<br><br>IC 025 - clothing, namely, t-shirts, sweatshirts, sweatpants, jeans, sandals, visors, tank tops, swimwear, bikinis and camisoles. |
| A & F | 2,530,664 | JANUARY 15, 2002 | IC 025 - clothing, namely, hats, caps, shirts, t-shirts, tank tops, knit tops, woven tops, halter tops, sweatshirts, sweatpants, underwear, boxer shorts, pants, short pants, jeans, skirts, footwear, sweaters, vests, coats, jackets, scarves<br><br>IC 035 - retail personal care product and clothing store services and mail order catalog services featuring personal care products and clothing |
| 🦌 | 3,212,644 | February 27, 2007 | IC 025 - clothing, namely, polo shirts, sweaters, t-shirts, shirts, knit tops, woven tops, sweatshirts, sweatpants, pants, shorts, caps, hats, scarves, jackets, coats, sandals, flip flops, belts, tank tops, underwear, boxer shorts, swim suits, pajamas, sleepwear.<br><br>IC 035 - retail store services, and on-line retail store services featuring clothing, footwear, fashion accessories, fragrances and jewelry |
| HOLLISTER | 3,310,650 | OCTOBER 16, 2007 | IC 025 - belts; blouses; boxer shorts; camisoles; caps; coats; footwear; halter tops; hats; jackets; jeans; knit shirts; loungewear; pants; sandals; scarves; shirts; shoes; shorts; skirts; sweat pants; sweat shirts; sweat shorts; sweaters; swim wear; t-shirts; tank tops; underpants; undershirts; underwear |

| ABERCROMBIE | 3,484,799 | AUGUST 12, 2008 | IC 025 - coats; jackets; knit shirts; shirts; t-shirts; underwear; pants; jeans; hats; shoes |
|---|---|---|---|
| HCO | 3,529,071 | NOVEMBER 4, 2008 | IC 025 - clothing, namely, boxer shorts, caps, coats, hats, jackets, knit shirts, knit tops, loungewear, pants, shirts, slacks, sweat pants, sweat shirts, t-shirts and underwear.<br><br>IC 035 - retail store services and on-line retail services featuring clothing |

The Abercrombie Marks are used in connection with the manufacture and distribution of quality goods in the categories identified above.

17.     The Abercrombie Marks have been used in interstate commerce to identify and distinguish Abercrombie's quality goods for an extended period of time.

18.     The Abercrombie Marks have never been assigned or licensed to any of the Defendants in this matter.

19.     The Abercrombie Marks are symbols of Abercrombie's quality, reputation and goodwill and have never been abandoned.

20.     Further, Abercrombie has expended substantial time, money and other resources developing, advertising and otherwise promoting the Abercrombie Marks. For many years Abercrombie has advertised goods under the Abercrombie Marks in widely circulated catalogs and popular magazines. The Abercrombie Marks qualify as famous marks as that term is used in 15 U.S.C. §1125(c)(1).

21.     Abercrombie has extensively used, advertised and promoted the Abercrombie Marks in the United States in association with the sale of quality products and has carefully monitored and policed the use of the Abercrombie Marks.

22.     The Abercrombie Marks have achieved secondary meaning as identifiers of quality goods as a result of Abercrombie's advertisement, promotion and sale of such goods thereunder.

23.     As a result of Abercrombie's efforts, members of the consuming public readily identify merchandise bearing or sold under the Abercrombie Marks, as being quality merchandise sponsored and approved by Abercrombie.

24.     Genuine Abercrombie branded goods are widely legitimately advertised and promoted by Abercrombie, its authorized distributors and unrelated third parties via the Internet. Over the course of the past five to seven years, visibility on the Internet has become increasingly important to Abercrombie's overall marketing and consumer education efforts. Thus, Abercrombie expends significant monetary resources on Internet marketing and consumer education. Those strategies allow Abercrombie and its authorized retailers to fairly and legitimately educate consumers about the value associated with the Abercrombie brand and the goods sold thereunder.

**Defendants' Infringing Activities**

25.     Upon information and belief, at all times relevant hereto, Defendants in this action had full knowledge of Abercrombie's ownership of the Abercrombie Marks, including its exclusive right to use and license such intellectual property and the goodwill associated therewith.

26.     Abercrombie has discovered Defendants are promoting and otherwise advertising, distributing, selling and/or offering for sale at least clothing, namely t-shirts, polo shirts, sweat shirts, sweat pants, shorts, jeans, jackets, vests, and caps, bearing counterfeit and infringing trademarks which are exact copies of the Abercrombie Marks (collectively the "Counterfeit

Goods"). Specifically, upon information and belief, Defendants are using the Abercrombie Marks in the same stylized fashion, for different quality goods.

27.     Upon information and belief, Defendants' Counterfeit Goods are of a quality substantially different than that of Abercrombie's genuine goods. Despite the nature of their Counterfeit Goods and the knowledge they are without authority to do so, Defendants, upon information and belief, are actively using, promoting and otherwise advertising, distributing, selling and/or offering for sale substantial quantities of their Counterfeit Goods with the knowledge that such goods will be mistaken for the genuine quality goods offered for sale by Abercrombie. The net effect of Defendants' actions will be to result in the confusion of consumers at the time of initial interest, sale, and in the post-sale setting, who will believe Defendants' Counterfeit Goods are genuine goods originating from, associated with, and approved by Abercrombie.

28.     Defendants advertise their Counterfeit Goods for sale to the consuming public via the websites operating under at least the Subject Domain Names. In so advertising these products, Defendants improperly and unlawfully use the Abercrombie Marks. Indeed, Defendants herein have misappropriated Abercrombie's advertising ideas and entire style of doing business with regard to the advertisement and sale of Abercrombie's genuine goods. Upon information and belief, the misappropriation of Abercrombie's advertising ideas in the form of the Abercrombie Marks is the proximate cause of damage to Abercrombie.

29.     As part of their overall infringement and counterfeiting scheme, Defendants are, upon information and belief, all employing substantially similar, and often times coordinated, strategies. Defendants appear to be explicitly targeting Abercrombie's actual customer base by establishing their fraudulent Internet websites under domain names tied to the major cities where

Abercrombie has recently opened retail outlets or enjoy significant sales at its established retail outlets. By their actions, Defendants are causing concurrent and indivisible harm to Abercrombie and the consuming public.

30.     Upon information and belief, Defendants are concurrently targeting their counterfeiting and infringing activities toward consumers and causing harm within this judicial district and elsewhere throughout the United States.   As a result, Defendants are defrauding Abercrombie and the consuming public for Defendants' own benefit.   Defendants' infringement and disparagement of Abercrombie and its trademarks does not simply amount to the wrong description of their goods or the failure of the goods to conform to the advertised quality or performance.

31.     Defendants' use of the Abercrombie Marks, including the promotion and advertisement, reproduction, distribution, sale and offering for sale of their Counterfeit Goods, is without Abercrombie's consent or authorization.

32.     Further, Defendants are engaging in the above-described illegal counterfeiting and infringing activities knowing and intentionally or with reckless disregard or willful blindness to Abercrombie's rights for the purpose of trading on the goodwill and reputation of Abercrombie. If Defendants' intentional counterfeiting and infringing activities are not preliminarily and permanently enjoined by this Court, Abercrombie and the consuming public will continue to be harmed.

33.     Defendants' above identified infringing activities are likely to cause confusion, deception and mistake in the minds of consumers, the public, and the trade.   Moreover, Defendants' wrongful conduct is likely to create a false impression and deceive customers, the

public, and the trade into believing there is a connection or association between Abercrombie's genuine goods and Defendants' Counterfeit Goods.

34.     Abercrombie has no adequate remedy at law.

35.     Abercrombie is suffering irreparable and indivisible injury and has suffered substantial damages as a result of Defendants' counterfeiting and infringing activities.

36.     The harm and damages sustained by Abercrombie have been directly and proximately caused by Defendants' wrongful reproduction, use, advertisement, promotion, offers to sell, and sale of their Counterfeit Goods.

## COUNT I - TRADEMARK COUNTERFEITING AND INFRINGEMENT

37.     Abercrombie hereby re-adopts and re-alleges the allegations set forth in Paragraphs 1 through 36 above.

38.     This is an action for trademark counterfeiting and infringement against Defendants based on their use of counterfeits, copies, and/or colorable imitations of the Abercrombie Marks in commerce in connection with the promotion, advertisement, distribution, offering for sale and sale of the Counterfeit Goods.

39.     Defendants are promoting and otherwise advertising, selling, offering for sale, and distributing at least clothing, namely t-shirts, polo shirts, sweat shirts, sweat pants, shorts, jeans, jackets, vests, and caps, using counterfeits and/or infringements of one or more of the Abercrombie Marks. Defendants are continuously infringing and inducing others to infringe the Abercrombie Marks by using them to advertise, promote and sell counterfeit and infringing clothing, namely t-shirts, polo shirts, sweat shirts, sweat pants, shorts, jeans, jackets, vests, and caps.

40.     Defendants' concurrent counterfeiting and infringing activities are likely to cause and actually are causing confusion, mistake, and deception among members of the trade and the general consuming public as to the origin and quality of Defendants' Counterfeit Goods.

41.     Defendants' unlawful actions have caused and are continuing to cause unquantifiable damages to Abercrombie.

42.     Defendants' above-described illegal actions constitute counterfeiting and infringement of the Abercrombie Marks in violation of Abercrombie's rights under § 32 of the Lanham Act, 15 U.S.C. § 1114.

43.     Abercrombie has suffered and will continue to suffer irreparable injury due to the above described activities of Defendants if Defendants are not preliminarily and permanently enjoined.

<u>**COUNT II - FALSE DESIGNATION OF ORIGIN**</u>
<u>**PURSUANT TO § 43(a) OF THE LANHAM ACT**</u>

44.     Abercrombie hereby re-adopts and re-alleges the allegations set forth in Paragraphs 1 through 36 above.

45.     Defendants' Counterfeit Goods bearing and sold under copies of the Abercrombie Marks have been widely advertised and distributed throughout the United States.

46.     Defendants' Counterfeit Goods bearing and sold under the Abercrombie Marks are virtually identical in appearance to Abercrombie's genuine goods. However, Defendants' Counterfeit Goods are different and likely inferior in quality. Accordingly, Defendants' activities are likely to cause confusion in the trade and among the general public as to at least the origin or sponsorship of their Counterfeit Goods.

47.     Defendants, upon information and belief, have used in connection with their sale of the Counterfeit Goods, false designations of origins and false descriptions and representations,

including words or other symbols and trade dress, which tend to falsely describe or represent such goods and have caused such goods to enter into commerce with full knowledge of the falsity of such designations of origins and such descriptions and representations, all to the detriment of Abercrombie.

48.     Defendants have authorized infringing uses of the Abercrombie Marks in Defendants' advertisement and promotion of their counterfeit and infringing clothing, namely t-shirts, polo shirts, sweat shirts, sweat pants, shorts, jeans, jackets, vests and caps.  Defendants have misrepresented to members of the consuming public that the Counterfeit Goods being advertised and sold by them are genuine, non-infringing goods.

49.     Defendants' above-described actions are in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

50.     Abercrombie has sustained indivisible injury and damage caused by Defendants' concurrent conduct, and absent an entry of an injunction by this Court, Abercrombie will continue to suffer irreparable injury to its goodwill and business reputation as well as monetary damages.

**COUNT III - CLAIM FOR RELIEF FOR CYBERSQUATTING UNDER §43(d) OF THE LANHAM ACTION, 15 U.S.C. §1125(d)**

51.     Abercrombie hereby re-adopts and re-alleges the allegations set forth in Paragraphs 1 through 36 above.

52.     At all times relevant hereto, Abercrombie has been and still is the owner of the rights, title and interest in and to the Abercrombie Marks.

53.     Upon information and belief, Defendants have acted with the bad faith intent to profit from the Abercrombie Marks and the goodwill associated with the Abercrombie Marks by

registering at least the domain names identified on Schedule "D" hereto, which are identical, confusingly similar to or dilutive of at least one of the Abercrombie Marks.

54.     Defendants have no intellectual property rights in or to the Abercrombie Marks.

55.     Defendants' actions constitute cybersquatting in violation of §43(d) of the Lanham Act, 15 U.S.C. §1125(d).

56.     Defendants' conduct is done with knowledge of the Abercrombie Marks and constitutes a willful violation of Abercrombie's rights in the Abercrombie Marks. At a minimum, Defendants' conduct is undertaken in reckless disregard of Abercrombie's rights or demonstrates willful blindness to Abercrombie's rights.

57.     The aforesaid conduct is causing Abercrombie immediate and irreparable injury. Abercrombie has no adequate remedy at law.

## PRAYER FOR RELIEF

58.     WHEREFORE, Abercrombie demands judgment on all Counts of this Second Amended Complaint and an award of equitable relief and monetary relief, jointly and severally, against Defendants as follows:

a.      Entry of preliminary and permanent injunctions enjoining Defendants, their agents, representatives, servants, employees, and all those acting in concert or participation therewith, from manufacturing or causing to be manufactured, importing, advertising or promoting, distributing, selling or offering to sell their Counterfeit Goods; from infringing, counterfeiting, or diluting the Abercrombie Marks; from using the Abercrombie Marks, or any mark or trade dress similar thereto, in connection with the sale of any unauthorized goods; from using any logo, trade name or trademark or trade dress which may be calculated to falsely advertise the services or goods of Defendants as being sponsored by, authorized by, endorsed by,

or in any way associated with Abercrombie; from falsely representing themselves as being connected with Abercrombie, through sponsorship or association, or engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants, are in any way endorsed by, approved by, and/or associated with Abercrombie; from using any reproduction, counterfeit, copy, or colorable imitation of the Abercrombie Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants, including, without limitation, clothing, namely t-shirts, polo shirts, sweat shirts, sweat pants, shorts, jeans, jackets, vests, and caps; from affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent Defendants' goods as being those of Abercrombie, or in any way endorsed by Abercrombie and from offering such goods in commerce; and from otherwise unfairly competing with Abercrombie.

      b.      Entry of an order requiring the Subject Domain Names, and any other domain names being used by Defendants to engage in the business of selling goods bearing counterfeits and infringements of the Abercrombie Marks to be disabled and/or immediately transferred by Defendants, their Registrars and/or the Registries to Abercrombie's control.

      c.      Entry of an Order that, upon Abercrombie's request, the top level domain (TLD) Registry for each of the Subject Domain Names and their administrators place the Subject Domain Names on Registry Hold status, thus removing them from the TLD zone files maintained by the Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted.

      d.      Entry of an Order that, upon Abercrombie's request, any Internet search engines, Web hosts, domain-name registrars and domain-name registries or administrators which

are provided with notice of the injunction, cease facilitating access to any or all websites through which Defendants engage in the promotion, offering for sale and/or sale of goods bearing counterfeits and/or infringements of the Abercrombie Marks.

e.     Entry of an Order that, upon Abercrombie's request, the Internet Corporation for Assigned Names and Numbers ("ICANN") shall take all actions necessary to ensure that the top level domain Registries responsible for the Subject Domain Names facilitate the transfer and/or disable the Subject Domain Names.

f.     Entry of an Order requiring Defendants to account to and pay Abercrombie for all profits and damages resulting from Defendants' trademark infringing and counterfeiting and unfairly competitive activities and that the award to Abercrombie be trebled, as provided for under 15 U.S.C. §1117, or, at Abercrombie's election with respect to Count I, that Abercrombie be awarded statutory damages from each Defendant in the amount of two million dollars ($2,000,000.00) per each counterfeit trademark used and product sold, as provided by 15 U.S.C. §1117(c)(2) of the Lanham Act.

g.     Entry of an Order requiring Defendants to account to and pay Abercrombie for all profits and damages resulting from Defendants' cybersquatting activities and that the award to Abercrombie be trebled, as provided for under 15 U.S.C. §1117, or, at Abercrombie's election with respect to Count III, that Abercrombie be awarded statutory damages from Defendants in the amount of one hundred thousand dollars ($100,000.00) per pirated domain name used as provided by 15 U.S.C. §1117(d) of the Lanham Act.

h.     Entry of an award of Abercrombie's costs and reasonable attorneys' fees and investigative fees associated with bringing this action.

i.      Entry of an order requiring all funds, up to and including the total amount

of judgment, in payment accounts or money transfer systems used in connection with the Subject

Domain Names, including PayPal, Inc., The Western Union Company, MoneyGram and other

payment processing accounts, to be surrendered to Abercrombie in partial satisfaction of the

monetary judgment entered herein.

j.      Entry of an award of pre-judgment interest on the judgment amount.

k.      Entry of an Order for any further relief as the Court may deem just and

proper.

DATED: February 3, 2012.                    Respectfully submitted,


STEPHEN M. GAFFIGAN, P.A.

By: _____s:/smgaffigan/_____
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail: stephen@smgpa.net
E-mail: leo@smgpa.net

Attorneys for Plaintiff
ABERCROMBIE & FITCH TRADING CO.

**SCHEDULE A**
**DEFENDANTS BY SUBJECT DOMAIN NAMES AND DEFENDANT NUMBER**

Defendant 6:      abercrombieandfitchau.com

Defendant 7:      abercrombieandfitch-canada.net
                  abercrombiemilanoit.com
                  abercrombiemilanoit.net
                  abercrombie-espana.com
                  abercrombiemilanoit.org
                  abercrombieandfitchcanada.com
                  abercrombieandfitchmilano.org

Defendant 8:      abercrombieandfitchcopenhagendk.com

Defendant 9:      abercrombieandfitchdk.eu
                  abercrombieandfitchdk.org
                  abercrombienfitch.eu

Defendant 10:     abercrombieandfitch-france.org
                  abercrombieandfitch-paris.com

Defendant 11:     abercrombieandfitchfranceparis.com

Defendant 12:     abercrombieandfitch-madrid.com

Defendant 13:     abercrombieandfitchmilano.it
                  abercrombieefitch.it

Defendant 14:     abercrombieandfitchmilanoit.com

Defendant 15:     abercrombieandfitchmilano-it.com

Defendant 16:     abercrombieandfitchoxboutique.com
                  abercrombieandfitchuboutique.com

Defendant 17:     abercrombieandfitchparisfrance.com
                  abercrombiefitchparis.co

Defendant 18:     abercrombieandfitchparisfrance.org
                  abercrombieparis-france.org
                  hollistersaleuk.org.uk
                  hollisteruksale.org

Defendant 19:     abercrombieandfitchsdk.com

Defendant 20:     abercrombieandfitchstore.org

Defendant 21:     abercrombieandfitchsydney.com

Defendant 22:     abercrombiebelgium.net
                  abercrombiefitchgilet.net

|  |  |
|---|---|
|  | abercrombiegilet.net |
|  | abercrombiefitchhoodies.net |
| Defendant 23: | abercrombiebest.net |
| Defendant 24: | abercrombiebrussel.net |
| Defendant 25: | abercrombieetfitchpascher.com |
| Defendant 26: | abercrombieetfitchshop.com |
| Defendant 27: | abercrombie-fitchlondon.com |
| Defendant 28: | abercrombie-fitch-london.org |
| Defendant 29: | abercrombiefitch-madrid.com |
|  | abercrombiefitchmadrid.com |
|  | abercrombie-singapore.com |
|  | abercrombiesingapore.net |
| Defendant 30: | abercrombiefitchmadrid-es.com |
| Defendant 31: | abercrombiefitchpascher.net |
| Defendant 32: | abercrombiefitchprix.com |
| Defendant 33: | abercrombiefitchsaleshops.com |
|  | saleabercrombie.uk.com |
| Defendant 34: | abercrombie-hoodies.net |
| Defendant 35: | abercrombiemilano.ws |
| Defendant 36: | abercrombiemilano-it.com |
|  | abercrombiemilano-it.net |
|  | abercrombiemilano-it.org |
|  | abercrombiemilanositoufficiale.net |
|  | abercrombiesale-uk.org |
| Defendant 37: | abercrombiemilanositoufficiale.org |
| Defendant 38: | abercrombiemilanousufficiale.com |
|  | abercrombiemilanoiufficiale.com |
| Defendant 39: | abercrombieonlinesales.com |
|  | abercrombieandfitchukstore.com |
| Defendant 40: | abercrombieonlineshopping.com |
| Defendant 41: | abercrombieparis.ws |

Defendant 42:     abercrombiesalget.com

Defendant 43:     abercrombiesingapore.com

Defendant 44:     abercrombiespace.com

Defendant 45:     abercrombieuksales.co.uk

Defendant 46:     abercrombieverkauf.de.com

Defendant 47:     aooshop.com
                  abercrombieoutletsonline.org

Defendant 48:     einkaufenabercrombie.com

Defendant 49:     fashionabercrombies.com

Defendant 50:     hollisterparis.com

Defendant 51:     modischabercrombie.com

Defendant 52:     ukabercrombieclothing.com
                  abercrombieandfitchmilano.info
                  abercrombiemilanoofficial.eu
                  abercrombieandfitchparis.co
                  abercrombiepariss.me
                  abercrombieparis.bz
                  abercrombiepariss.mn
                  abercrombiedeutschlands.de.com
                  abercrombiedeutschlandufficiale.de.com
                  abercrombiefitchdeutschlandss.de.com
                  abercrombiemilanos.com
                  abercrombiefitchmilanos.net
                  abercrombiemilanos.org
                  abercrombiedeutschlanddusseldorf.de.com

Defendant 53:     ukhollistersales.co.uk
                  hollisteruksale.uk.net
                  hollisteruksales.co.uk

Defendant 54:     warmabercrombies.com

**SCHEDULE B**
**SUBJECT DOMAIN NAMES**

1. 2011abercrombieandfitch.net
2. 2011abercrombie-london.org
3. 7dayswholesales.com
4. 7dayswholesaleshop.net
5. abercrombieandfitch-nederland.org
6. abercrombieandfitch-deutschland.org
7. abercrombieandfitch-online.org
8. abercrombieandfitch-shop.org
9. abercrombieand-nederland.org
10. abercrombiebar.com
11. abercrombieboutique.org
12. abercrombie-boutique.org
13. abercrombiecheapsale.com
14. abercrombieclothingcheap.com
15. abercrombie-deutschlandshop.net
16. abercrombieer.com
17. abercrombieer.net
18. abercrombieer.org
19. abercrombie-fitch-deutschland.net
20. abercrombie-fitch-magasin.com
21. abercrombiefitch-mexico.org
22. abercrombiefitch-mexicoshop.com
23. abercrombie-fitchonline.org
24. abercrombiefitch-paris.org
25. abercrombiefitch-shop.org
26. abercrombie-france.org
27. abercrombie-francehome.net
28. abercrombie-france-magasins.com
29. abercrombie-francesite.com
30. abercrombie-francesite.net
31. abercrombiegoedkope.net
32. abercrombieking.com
33. abercrombie-nederland.net
34. abercrombienederland-shop.org
35. abercrombie-outletmilano.net
36. abercrombieoutletsky.com
37. abercrombieoutletsky.net
38. abercrombieoutletsky.org
39. abercrombieoutletsonline.com
40. abercrombie-parisouverture.org
41. abercrombie-parisshop.net
42. abercrombieropa-mexico.com
43. abercrombiesfrance.com
44. abercrombiesky.com
45. abercrombiesky.info
46. abercrombiesky.net
47. abercrombieskyonline.com
48. afyear.com
49. afyear.net
50. afyear.org
51. cheapabercrombieshop.com
52. cheapabercrombieshop.net
53. cheapabercrombieshop.org
54. cheapabercrombieshoponline.com
55. cheaphollisterclothing.com
56. cheaphollisteroutlet.com
57. cheaphollistersale.com
58. cheaphollisterwholesale.com
59. fakehollisterclothing.com
60. hollister-af-online.org
61. hollister-hollister.org
62. hollister-mexico.com
63. hollister-online.org
64. hollisteroutletonline.com
65. hollisteroutletonline.net
66. hollisteroutletonline.org
67. hollisteroutletshop.com
68. hollisterropa.org
69. hollister-shop.org
70. hollisterwholesale.com
71. hollisterwholesale.net
72. hollisterwholesale.org
73. newabercrombienederland.com
74. newabercrombiewholesale.com
75. no1abercrombieoutlet.com
76. no1abercrombieoutlet.net
77. no1abercrombieoutlet.org
78. toppingwholesaler.com
79. abercrombiecheapsale.net
80. abercrombieandfitchdublin.com
81. abercrombieandfitchsingapore.com
82. abercrombiebruxelles.com

**SCHEDULE C**
**<u>SUBJECT DOMAIN NAMES</u>**

1. abercrombie-parisshop.com
2. hollisterblogger.com
3. hoodiesera.com
4. hoodiesstyles.com

## SCHEDULE D
## INFRINGING SUBJECT DOMAIN NAMES

2011abercrombieandfitch.net
2011abercrombie-london.org
abercrombieandfich-nederland.org
abercrombieandfitchau.com
abercrombieandfitchcanada.com
abercrombieandfitch-canada.net
abercrombieandfitchcopenhagendk.com
abercrombieandfitch-deutschland.org
abercrombieandfitchdk.eu
abercrombieandfitchdk.org
abercrombieandfitchdublin.com
abercrombieandfitch-france.org
abercrombieandfitchfranceparis.com
abercrombieandfitch-madrid.com
abercrombieandfitchmilano.info
abercrombieandfitchmilano.it
abercrombieandfitchmilano.org
abercrombieandfitchmilanoit.com
abercrombieandfitchmilano-it.com
abercrombieandfitch-online.org
abercrombieandfitchoxboutique.com
abercrombieandfitchparis.co
abercrombieandfitch-paris.com
abercrombieandfitchparisfrance.com
abercrombieandfitchparisfrance.org
abercrombieandfitchsdk.com
abercrombieandfitch-shop.org
abercrombieandfitchsingapore.com
abercrombieandfitchstore.org
abercrombieandfitchsydney.com
abercrombieandfitchuboutique.com
abercrombieandfitchukstore.com
abercrombieand-nederland.org
abercrombiebar.com
abercrombiebelgium.net
abercrombiebest.net
abercrombieboutique.org
abercrombie-boutique.org
abercrombiebrussel.net
abercrombiebruxelles.com
abercrombiecheapsale.com
abercrombiecheapsale.net

abercrombieclothingcheap.com
abercrombiedeutschlanddusseldorf.de.com
abercrombiedeutschlands.de.com
abercrombie-deutschlandshop.net
abercrombiedeutschlandufficiale.de.com
abercrombieefitch.it
abercrombieer.com
abercrombieer.net
abercrombieer.org
abercrombie-espana.com
abercrombieetfitchpascher.com
abercrombieetfitchshop.com
abercrombie-fitch-deutschland.net
abercrombiefitchdeutschlandss.de.com
abercrombiefitchgilet.net
abercrombiefitchhoodies.net
abercrombie-fitchlondon.com
abercrombie-fitch-london.org
abercrombiefitchmadrid.com
abercrombiefitch-madrid.com
abercrombiefitchmadrid-es.com
abercrombie-fitch-magasin.com
abercrombiefitch-mexico.org
abercrombiefitch-mexicoshop.com
abercrombiefitchmilanos.net
abercrombie-fitchonline.org
abercrombiefitchparis.co
abercrombiefitch-paris.org
abercrombiefitchpascher.net
abercrombiefitchprix.com
abercrombiefitchsaleshops.com
abercrombiefitch-shop.org
abercrombie-france.org
abercrombie-francehome.net
abercrombie-france-magasins.com
abercrombie-francesite.com
abercrombie-francesite.net
abercrombiegilet.net
abercrombiegoedkope.net
abercrombie-hoodies.net
abercrombieking.com
abercrombiemilano.ws

abercrombiemilanoit.com
abercrombiemilano-it.com
abercrombiemilanoit.net
abercrombiemilano-it.net
abercrombiemilanoit.org
abercrombiemilano-it.org
abercrombiemilanoiufficiale.com
abercrombiemilanoofficial.eu
abercrombiemilanos.com
abercrombiemilanos.org
abercrombiemilanositoufficiale.net
abercrombiemilanositoufficiale.org
abercrombiemilanousufficiale.com
abercrombie-nederland.net
abercrombienederland-shop.org
abercrombienfitch.eu
abercrombieonlinesales.com
abercrombieonlineshopping.com
abercrombie-outletmilano.net
abercrombieoutletsky.com
abercrombieoutletsky.net
abercrombieoutletsky.org
abercrombieoutletsonline.com
abercrombieoutletsonline.org
abercrombieparis.bz
abercrombieparis.ws
abercrombieparis-france.org
abercrombie-parisouverture.org
abercrombiepariss.me
abercrombiepariss.mn
abercrombie-parisshop.com
abercrombie-parisshop.net
abercrombieropa-mexico.com
abercrombiesale-uk.org
abercrombiesalget.com
abercrombiesfrance.com
abercrombiesingapore.com
abercrombie-singapore.com
abercrombiesingapore.net
abercrombiesky.com
abercrombiesky.info
abercrombiesky.net
abercrombieskyonline.com
abercrombiespace.com
abercrombieuksales.co.uk

abercrombieverkauf.de.com
afyear.com
afyear.net
afyear.org
cheapabercrombieshop.com
cheapabercrombieshop.net
cheapabercrombieshop.org
cheapabercrombieshoponline.com
cheaphollisterclothing.com
cheaphollisteroutlet.com
cheaphollistersale.com
cheaphollisterwholesale.com
einkaufenabercrombie.com
fakehollisterclothing.com
fashionabercrombies.com
hollister-af-online.org
hollisterblogger.com
hollister-hollister.org
hollister-mexico.com
hollister-online.org
hollisteroutletonline.com
hollisteroutletonline.net
hollisteroutletonline.org
hollisteroutletshop.com
hollisterparis.com
hollisterropa.org
hollistersaleuk.org.uk
hollister-shop.org
hollisteruksale.org
hollisteruksale.uk.net
hollisteruksales.co.uk
hollisterwholesale.com
hollisterwholesale.net
hollisterwholesale.org
modischabercrombie.com
newabercrombienederland.com
newabercrombiewholesale.com
no1abercrombieoutlet.com
no1abercrombieoutlet.net
no1abercrombieoutlet.org
saleabercrombie.uk.com
ukabercrombieclothing.com
ukhollistersales.co.uk
warmabercrombies.com